Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

*FILED*

**2023 AUG -8 PM 12: 04**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER: |
| V.   PLAINTIFF | | **MJ 23-04008** |
| LINDA PLASCENCIA-SALAZAR | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 10527-508   DEFENDANT | | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 8/8/23 at 11:30 ☒ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   ~~18 USC 952, 960,841; 21 USC 841~~  18:3583

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1981

8. Defendant has retained counsel: ☒ No

   ☐ Yes Name: N/A   Phone Number: N/A

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): N/A

11. Name: Orion Runyan   (please print)

12. Office Phone Number: 213-620-7676   13. Agency: USMS

14. Signature: _____   15. Date: 8/8/23

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION