# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | CR 23-00398-SPG-1 | Date: | November 8, 2023 |
|---|---|---|---|

| Present: The Honorable | **SHERILYN PEACE GARNETT, United States District Judge** |
|---|---|
| Interpreter: | Jesus Rivera |

| Patricia Gomez | Wil Wilcox | Alexander Kelley |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Linda Carey Placencia-Salazar | √ | √ | | Holt Alden, DFPD | √ | √ | |

**Proceedings:** PRELIMINARY REVOCATION OF **SUPERVISED RELEASE** - SENTENCING (Non-Evidentiary - Held and Completed)

Hearing held.  Defendant and counsel are present.  Also present is Angie Maravilla Rodriguez and Jennifer Soliz, USPO's. Court and counsel confer.

Defendant sworn. The defendant admits Allegation 4, as set forth in the Petition of Probation and Supervised Release, filed August 15, 2023.   The Court accepts the admission as knowingly and voluntarily made**.**

WHEREAS based on the admission of the defendant to Allegation 4 and the Court having found the defendant to be in violation of the terms and conditions of supervised release imposed on December 16, 2019;

The Court hears from defendant, counsel and government prior to the imposition of sentence.

IT IS HEREBY ORDERED that probation/supervised release be revoked, vacated and set aside.

IT IS FURTHER ORDERED the defendant is hereby committed to the custody of the Bureau of Prisons, to be imprisoned, for a term of  TIME SERVED, AND RELEASED FORTHWITH, with no supervision to follow.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Defendant informed of her right to appeal.

The Court grants the government's request to dismiss Allegation 1 of the Petition of Probation and Supervised Release, filed August 15, 2023.


IT IS SO ORDERED.




CC: USPO


| | : | 35 |
|---|---|---|

Initials of Deputy Clerk    pg