UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>LINDA CAREY PLACENCIA-SALAZAR<br><br>Defendant. | Case No. CR23-00398-SPG-1<br><br>**JUDGMENT REVOKING SUPERVISED RELEASE; COMMITMENT ORDER TIME SERVED. NO SUPERVISION TO FOLLOW** |

WHEREAS, on November 8, 2023, came the attorney for the government, AUSA, Alexander Kelly, and the defendant appeared with appointed counsel Holt Alden. The defendant admits to Allegation 4, as set forth in the Petition of Probation and Supervised Release, filed August 15, 2023.

WHEREAS based on the admission of the defendant as to Allegation 4 and the Court having found the defendant to be in violation of the terms and conditions of supervised release imposed on December 16, 2019;

IT IS HEREBY ORDERED that supervised release be revoked, vacated and set aside.

IT IS FURTHER ORDERED the defendant is hereby committed to the custody of the Bureau of Prisons, to be imprisoned, for a term of TIME SERVED, AND RELEASED FORTHWITH, with no supervision to follow.

1.

1  Defendant informed of her right to appeal.

2  The Court grants the government's request to dismiss Allegation 1 of the Petition of
3  Probation and Supervised Release, filed August 15, 2023.

Dated: November 13, 2023

_____
HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT JUDGE